# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 14-53193
SHARON LATIMER )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) TRUSTEE'S OBJECTION TO DEBTOR(S)
) MOTION TO MODIFY CHAPTER 13 PLAN AND
) MOTION TO INCUR DEBT
) TRUSTEE'S REQUEST FOR HEARING
)

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby objects to the

__X__ Debtor(s) Motion to Modify Plan and Motion to Incur Debt

_____ Debtor(s) Motion to Complete Plan Earlier than the Applicable
Commitment Period

The debtor(s) have not supplied sufficient information for the Trustee to evaluate whether the modification represents the debtor(s) best efforts pursuant to 11 USC Section 1325(b)(1)(B). The Trustee requests that the debtor provide additional documents so the proposed modification may be evaluated. The additional documents requested are:

__X__ Updated paystubs for the debtor(s)

_____ The most recent filed tax return for the debtor(s)

_____ Any other documentation related to the requested modification (i.e. 401k documentation, settlement statement on another lawsuit,
proof of contribution from a family member, etc.)

__X__ Amended Schedules I and J

_____ Affidavit of Family Member or Friend supplying funds to the debtor(s)

__X__ Must list terms of modification within the motion to modify, not just by amended plan, as modification is post-confirmation.
The interest rate for the surrendered vehicle stated in the special provisions section of the amended plan is 2.25%; however the interest rate being paid on the vehicle is 5.25% per the order filed on July 8, 2015.
Need amended I and J showing proposed car payment and proposed lowered Chapter 13 payment.

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

WHEREFORE, the Trustee hereby requests the Court sustain the Trustee's objection if these documents and other information are not provided to the Trustee's Office and further requests a hearing on this matter.

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

CERTIFICATE OF SERVICE

        I hereby certify that on 07/12/2018, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

SHARON LATIMER
250 KING STREET
RAVENNA, OH 44266

<u>Via ECF</u>

MARC E DANN, ESQ ()
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

| | |
|---|---|
| Date of Service: 07/12/2018 | By: J. Neunz |
| | Office of the Chapter 13 Trustee |

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072